CR(6iNAl

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

MAGISTRATE JUDGE
SELTZER

**MARK J. NEUROHR,**

Plaintiff-Petitioner,

# 00-6213

Civil Action No. _____

**—vs—**

# CIV-ZLOCH

U.S.D.C. JUDGE

**DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
UNITED STATES OF AMERICA,**

NIGHT BOX
FILED

FEB 1 1 2000

CLARENCE MADDOX
CLERK. USDC / SDFL / Ft.

Defendant's-Respondent's,,

| | |
|---|---|
| MARK J. NEUROHR-Plaintiff-Petitioner | MR. THOMAS E. SCOTT, U.S. |
| Pro Se' | Atty./  U.S. ATTY. OFFICE |
| 1850 NE. 26th Ave. | 99 NE. 4th St. |
| Ft. Lauderdale, Fla. 33305 | Miami, Fla. 33132 |
| 954-566-8866 | 305-961-9000 |

**NOTICE OF PETITIONER'S PETITION FOR JUDICIAL REVIEW WITH ACCOMPANYING MOTION TO QUASH/DISMISS, NOTICE OF ASSESSMENT, WITHHOLDING ORDERS, LEVIES, LIEN, FOR LACK OF IN PERSONAM AND SUBJECT-MATTER JURISDICTION, PURSUANT TO PETITIONER'S SWORN AFFIDAVIT OF CITIZENSHIP & POINTS OF AUTHORITIES IN SUPPORT THEREOF, MEMORANDUM OF LAW.**

# TO EACH PARTY AND ATTORNEY OF RECORD:

# YOU ARE HEREBY NOTIFIED:

On _____, to be scheduled by the
Court _____, 2000, at _____M.,

1.



of this Court, United States District Court, Federal Court, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301, your Petitioner Mark J. Neurohr will move this Honorable Court for an Order GRANTING Judicial Review and thereafter upon final hearing, grant and issue it's Order Quashing & Dismissing Defendant's assessments, withholding Orders, levies, liens, or otherwise and additionally grant Petitioner an Injunction against Defendants.

Petitioner's Petition/Motion and relief sought is predicated and grounded upon the United States Constitution and corresponding State Of Florida Constitution and the authorities cited in Petitioners pleadings annexed heretowith.

Dated: February 11, 2000.                           Respectfully Submitted,

                                                    MARK J. NEUROHR-Plaintiff/Petitioner
                                                    Pro Se'
                                                    1850 NE. 26th Ave.
                                                    Ft. Lauderdale, Florida  33305
                                                    954-566-8866

rmt/mjn.
enclosures.
cc:
U.S. ATTORNEY OFFICE

# MEMORANDUM OF LAW

1a.    Pursuant to the statutory requirements of 26 U.S.C. 6201, 6203 and 26 C.F.R. 301.6201 and 301.6203, no valid Summary Record of Assessment, has been filed in this case before this bar & bench.

"Absent an assessment there is no debt, as the debt only attaches when the assessment is properly made, Bull    vs.    U.S., 914 F.2d 245, and for a tax liability to be duly collectible, it must have been properly assessed. In Re Western Trading Co., 340 F. Supp. 1130 (D. Nev. 1972); Estate Of Goetz    vs.    U.S., 286 F. Supp. 128, at 131 9d Mo. (1968).    "These statutory procedures must be followed in the process of administratively collecting taxes." U.S. vs.    Berman, 825 F.2d 1053, 1055 (CA 6, 1987).

It is well established in law that in order to have a valid sale, there must be a valid seizure; and to have a valid seizure, there must be a valid lein; and to have a valid lein----there must be a signed 23C (Summary Record of Assessment) and a Form 4340 (Certificate Of Assessments and payments) before there is a valid assessment. Coplin    vs.    U.S., 952 F.2d 403; Fullmer    vs. U.S., 93-U.S. Tax case. P50, 657; U.S.    vs.    McCallum, 970 F.2d 66; Brewer    vs.    U.S. 746 F. Supp. 309; Geiselman    vs.    U.S. 961 F.2d 1; Tweedy    vs.    U.S. 74 AFTR 2d 5003; Fisher    vs.    U.S. 860 F. Supp. 680.    Aproper assessment must also have IRS FORM 2666, Certification of Transcript, an IRS Form 4340 "Certificate Of Assessment" (IRS Document 7130 at pg. 33) and must come from the service center, and the procedural assessment itself must be pursuant to IRM-HB 1272 and IRM-HB 48 (13):

> *NOTE ON REFERENCE TO IRM.* In citing the Internal Revenue Manual, _____Petitioner_____ is aware that such is not law, in and of itself. However, it is indicative of ruling case law on the particular topic and constitutes recognized procedure.

"Assessments, deficiency and levies must be procedurely correct."
Rodriguez    vs.    United States, 729 F. Supp. 333, 339-340.

"Assessment officers make IRS assessments through completing and signing Forms 23(c), entitled 'Summary Record Of Assessment'." (Geislman    vs.    United States, 961 F.2d 1, 6 (1st Cir.), cert denied, 506 U.S. 891, 121 L.F.d 2d 191, 113 S. Ct. 261 (1992)). The "23(c) dates", meaning the date upon which the assessment officer signs the form 23(c), and constitutes the assessment date.

1b.    Pursuant to the statutory requirements of 26 USC 6212 and CFR 301.6212, **no valid Notice Of Deficiency**, with a bona fide hand written, attested signature, signed under penalties of perjury, by an appeals officer, on behalf of the Commissioner of the IRS, has been sent to _____ ~~Petitioner Mark J. Neurohr~~ _____, via CERTIFIED MAIL, as required by Regulations.

> IR Manual
> 512 (1-5-83)
> "Preliminary Notices Of Deficiency"        8(24)50
> Procedure
>
> ".....(5) The (Deficiency) Notice is signed in pen and ink, on behalf of the Commissioner, by the approving appeals officer....Any copies of the statutory notice letter which are used for the originals or duplicate originals should have a handwritten signature and not a facsimile or reproduced signature...."

**"An assessment is illegal and void if no required (valid) deficiency notice is sent to the taxpayer."** – United States  vs.  Williams, (1958 DC NY) 161 F. Supp. 158.
58-1 USTC 9213. 20 Fed Proc. L Ed 48:440.


1c.    Pursuant to 26 USC and 26 CFR 6303 and 301.6303, no valid, and attested and signed Form 17A NOTICE AND DEMAND as required by statue, was served upon __~~Petitioner~~__

__Mark J. Neurohr_____.

> "Internal Revenue Key 4957" "Taxpayers would be entitled to income tax refund if collection was effected by illegal use of liens and levies in absence of notice and demand from IRS."
>
> The Berman Court, Supra, stated that, "mailing a notice of assessment and demand for payment to the taxpayer" pursuant to section 6303(a), is a part of the process which must be accomplished before invoking the collection powers.  Title 26 U.S.C. Section 6303(a) states:
> "where it is otherwise not provided by this Title, the Secretary shall, as soon as practible, and within (60) days after the making of an assessment of a tax pursuant to section 6203, give notice to each person thereof..."
>
> Also, Section 6303(a) requires Notice Of A particular kind.   U.S.   vs.  Jersey Shore Bank, 782 F.2d 974 (Ca 3 1986); and Jersey Shore Bank  vs.  U.S.   107 S. Ct. 782, at 785 (1987).   Hence, Sections 6303(a) and 6331(d) require totally separate and distinct notices for entirely different purposes.  The failure of the service to notify an individual within 60 days that a tax has been assessed invalidates the alleged assessment. Bauer  vs.  Foley, 404 F.2d 1215 at 1221-22.   Absent a valid "notice and demand," the penalty assessment likewise must fail.

The use of notice of assessment and demand for payment is mandated by seven sections of the code as follows: 6155(a), 6156(d), 6213(3), 6215(a), 6303, 6861(a),(f), and 6331. IRS Form 17A has been formalized as the appropriate form, as identified in <u>United States     vs.     Lehigh</u>, 201 F. Supp. 224, as the statutory "Statement of "Income Tax Due." In <u>United States     vs.     Pavernick</u>, 197 F. Supp. 257 (1961), the court empasized that "upon proof of demand the government lien arises at the time of assessment by the collector." Absent the prescribed mailing of <u>Form 17A</u>, "Statement of Income Tax Due", the government may not assert its ADDITIONS. This is controlled by regulations promulgated by the Secretary under **Treasury Decision, T.D. 1995.**

Whereas, the IRS has not sent a valid notice as required under Section 6303(a) and regulation under T.D. 1995, within 60 days of the date of the alleged assessment, the service is not in compliance with its own internal procedures on the "balance due notices." See IR manual 2(17), (946) 6.2 MT3.(17)00174, P.3.(17) (46)0-45 (1--1-88). This is a violation of Administrative Law and voids the agency action. Lojeski     vs.     Boandl, 86-2 USTC 9494 (CA 3 1986), U.S.     vs.     Sourpas, 515 F.2d294 (CA 9 1975); and U.S.     vs.     Hetfner, 420 F.2d 809, 811-12 (CA 4- 1970).

In Administrative law, the term "jurisdiction" has three aspects: (1) personal jurisdiction; (2) subject matter jurisdiction; and (3) the agencies scope of authority under statue. Compliance with juris- dictional requirement is essential to give validity to the DETERMINATIONS of administrative agencies; absent such compliance, as in the case before this bench & bar, their acts are void and open to collateral attack. (A)ctions by an agency in violation of its own regulations or procedures are <u>illegal</u>, void and constitute procedural error." VanderMolen     vs.     Stetson, 571 F.2d 617 (1977); Connecticut Light & Power Co.,     vs.     Nuclear Regulatory Comm'n, 673 F.2d 525, cert. denied, 137 S. Ct. (1982).

1d.    This action has not been authorized by law, as follows:

> <u>55 F.R. 47633,</u> (Nov. 14, 1990) 27 CFR 70.191
>
> Authorization: (a) In General. No civil action for the collection or recovery of taxes, or any fine, penalty, or forfeiture (with respect to the provisions of 26. U.S.C. enforced and administered by the Bureau shall be commenced unless the Director, Bureau Of Alcohol, Tobacco & Firearms, or desiganated delegate, directs that the action be commenced.

Pursuant to 26 CFR 301.7401-1:   <u>Authorization</u> - (a) <u>"No civil action</u>
<u>for the recovery or collection of taxes, or of any fine, penalty or</u>
<u>forfeiture shall be commenced unless the Commissioner or Director,</u>
<u>Alcohol, Tobacco & Firearms Division or the Chief Counsel,</u> for the
Internal Revenue Service or his delegate authorizes or sanctions the
proceedings and the <u>Attorney General or his delegate directs that the</u>
<u>action be commenced."</u>

~~Defendant's-Respondent's~~ _____   did    not    merely
exceed their jurisdiction, they plainly had and have <u>no jurisdiction</u> whatsoever, over the
__Petitioner-Plaintiff_____ or over the subject-matter.
"A distinction must be here observed between excess of jurisdiction and the <u>clear absence of all</u>
<u>jurisdiction over the subject-matter</u>, any authority exercised is a  usurped authority and for the
exercise of such authority, when the want of jurisdiction is known to the Judge, no excuss is
permissible."  Bradly    vs.    Fisher, 13 Wall. 335, 351, 352.

## 26 CFR ss 601.106(f)(I) states

"(1) Rule 1.  An exaction by the U.S. Government, which is not based upon law, statutory or
otherwise, is a taking of property without due process of law, in violation of the Fifth Amendment
to the U.S. Constitution........"

2.   WITHHOLDING ORDER, levy, lein is defective and insufficient on the following grounds:

2a.   Order was not personally served;

2b.   No Writ Of Execution and/or Writ of Attachment was served with any Order.
Enforcement of judgements, generally, see <u>Code Of Civil Procedures 680.010</u> et seq."

3.   __Petitioner Mark J. Neurohr_____   has no commercial dealings and is not involved
in any trades, businesses or professions, as such terms are defined in United States Tax Laws and
for the State income Tax purposes.

4.   The Right of the __Plaintiff-Petitioner_____ to be protected against ineffectual levies,
withholding orders, liens and seizures, prior to the due process of the law, is recognized in the <u>Fifth</u>
<u>Amendment</u> to the Constitution for the United States and corresponding Amendment in the Florida
Constitution.

**"No person shall be.....deprived of life, liberty or <u>property</u>**
**without due process of law; nor shall private property be**
**taken for public use without just compensation."**

The Constitution for the United States is the Supreme Law of the land. (Constitution for the United States, Art. VI, Cl. 2, ss.3) admitting to no exceptions, and any statue to the contrary is null & void in the Union States. (16 Am Jur 2d ss. 177, late Am Jur 2nd ss 256).

5.    Withholding Order is defective on its face, being unsigned with an authentic bonafide signature by a lawfully delegated officer; being unattested and bearing no court seal and no court docket number.

6.    ___Plaintiff Mark J. Neurohr_____, is a non-resident to the "state of the forum" of your agency. It has been well-settled by the Supreme Court that the income tax is an <u>excise</u> tax, which is synonymous to a privilege tax. __Plaintiff-Petitioner_____is exercising no corporate priviliges, official privileges or any other privileges upon which such an income tax could be manditorily imposed.

> "The conclusion reached in the Pollock case........recognized the fact that taxation on income was, in its nature, an <u>excise</u>, entitled to be enforced as such."
> <u>Brushaber</u>    <u>vs.</u>    <u>Union Pacific Railroad Co.</u>, 240 U.S. 1, 16–17.

> "The term <u>"excise tax"</u> is synonymous with <u>"privilege tax"</u> and the two have been used interchangably.  Foster & C. Co.    vs.    Graham, 154 Tenn 412, 285 SW 570, 47 ALR 971.
> Whether a tax is characterized in the statue imposing it, as a privilege tax or an excise tax is merely a choice of <u>synonymous</u> words, for an excise tax is a privilege tax. Bank Of Commerce & T. C.,    vs.    Senter, 149 Tenn 569, 260 SW 144.  American Airways    vs.    Wallace, 57 F.2d 877, 880.
> 71 Am Jur 2nd, under state and local taxation: Excise: "In its modern sense, an excise tax is any tax which does not fall within the classification of a poll tax  or a property tax, and which embraces every form of burden not laid directly upon persons or property.  Idaho Gold Dredging Co.,    vs.    Balderston, 58 Idaho 692; Dooley    vs.    Detroit, 370 Mich 194; Foster & C. Co.,    vs.    Graham, 154 Tenn 569.  In summary, this Court is stating that there are only two types of taxes in the United States. A tax must either be a direct tax, in which case its subject to the rules of apportionment, or a privilege tax.  A privilege tax can never be imposed upon the exercise of a right under the Constitution.

"An excise is.....a duty levied upon licenses to pursue certain trades or deal in certain commodities, upon official privileges, (i.e., government jobs) etc.. Black    vs. State, 113 Wis. 205, 89 NW 522.

"The obligation to pay an excise is based upon the <u>voluntary action</u> of the person taxed in performing the act, enjoying the privilege, or engaging in the occupation which is the subject of the excise, and <u>the element of absolute and unavoidable demand is lacking</u>." (i.e., If you don't want to pay the tax, simply don't exercise the privilege). People ex rel. Attorney General    vs.    Naglee, 1 Cal 232; Bank Of Commerce & T. Co.,    vs.    Senter, 149 Tenn. 441, 381 SW 144.

The Income Tax is not a tax on income but a tax imposed upon a privilege, measured by income.
**"The individual, unlike the corporation, <u>cannot be taxed for the mere privilege of existing</u>.** The corporation is an artificial entity which owes its existance and charter power to the state, <u>but the individuals right to live and own property are natural rights for the enjoyment of which an excise cannot be imposed</u>. Redfield vs.    Fisher, 292 Oregon 814, 817.

"Legislature......cannot name something to be a taxable privilege unless it is first a privilege." (Taxation West Key 53).... <u>The right to receive income or earnings is a right belonging to every person and realization and receipt of income is therefore (n)ot a "privilege that can be taxed"</u>. Jack Cole Company    vs.    MacFarland, 337 S.W. 2d 453, Tenn.

7. _____Plaintiff Mark J. Neurohr_____ is not a resident of the District Of Columbia, a federal enclave or instrumentality and is not within the class of persons upon whom FTB has the authority to impose a mandatory income tax.
(See also in support thereof, _____Plaintiff-Petitioner's_____ accompanying Verified Sworn Affidavit with Points Of Authorities heretowith).

8.

8.    _____Mark J. Neurohr_____ is not within the class of persons subject to levy, withholding and distraint authority by either the Internal Revenue Service or the State Income Tax agency which operates under the Federal Conformity clause, adhering to the same rules and regulations as the IRS, having limited, "levy and distraint" authority as follows:

## LEVY & DISTRAINT:  - 26 USC 6331(a) AUTHORITY OF SECRETARY:

> ".....Levy may be made upon the accrued salary or wages of any Officer, employee or elected official of the United States, the District Of Columbia or any agency instrumentality of the United States or District Of Columbia........"

> 26 CFR 301.6331-1(a)".....(4) Certain Types of Compensation- (1) FEDERAL EMPLOYEES.  Levy may be made upon the salary or wages of any officer or employee (including members of the armed forces) or elected or appointed official, of the United States, the District Of Columbia, or any agency or instrumentality of either...."

_____Petitioner's_____ authorities cited herein as well as the accompanying Sworn Verified Affidavit with supporting Points Of Authorities and authorities additionally cited within the accompanying Motion To Quash/Dismiss , as a matter of law, entitle the relief requested and demanded.

Respectfully Submitted,

enclosures
cc:
U.S. ATTORNEY

MARK J. NEUROHR-Petitioner
Pro Se
1850 NE. 26th Ave.
Ft. Lauderdale, Fla. 33305
954-566-8866

# SWORN VERIFIED AFFIDAVIT OF MARK J. NEUROHR

The foundation of Commercial Law is based upon certain eternally just, valid, and moral precepts and truth, which have remained unchanged for at least six thousand (6,000) years, having its roots in Mosaic Law.   Said Commercial law forms the underpinnings of Western Civilization, if not all Nations, Law, and Commerce in this world. Commercial Law is _non-judicial_ and is prior and superior to, the basis of, and cannot be set aside or overruled by the statutes of any Governments, Legislatures, Governmental or Quasi-Governmental Agencies, Courts, Judges, and law enforcement agencies, which are under an inherent obligation to uphold said commercial Law.

KNOW ALL MEN, THAT I CERTIFY IN THIS _AFFIDAVIT OF TRUTH_ THAT FOLLOWING FACTS ARE TRUE, CORRECT AND COMPLETE.

I, Mark Neurohr      Sui Juris, the undersigned, a Citizen of the FLORIDA    Republic, domiciled in  BROWARD COUNTY                                             do solemnly affirm, declare, attest and depose:

1.      That I am of lawful age and am competent to make this Affidavit.

2.      That I have personal knowledge of the facts and stated herein.

3.      That I am not under the lawful guardianship or disability of another.  This sworn affidavit is made as a matter of record of my own right, _sui juris_, in my own proper status, _propria persona_.

4.      I was naturally born in the contiguous  Pennsylvania and I am domiciled in BROWARD      county, where I have occupied such status since approximately 1988-89 for a period of  approximately     11 years.

5.      I, Mark Neurohr    , am a natural born, sovereign, preamble, de jure Citizen of one of the 50 sovereign Republic, freely associated compact American states.

6.      I am a Citizen under the Constitution of 1787, the Bill of Rights, ratified in 1791, and precedent decisions of Article III Justice Courts of Law.

7.      I have rights which are inalienable and were endowed by my Creator and secured by the Constitution.  I do not waive any of my rights at any time.

8.      The government of the United States may assume no power over the People of the 50 sovereign states that were not specifically delegated to it in said Constitution.

9.      I do not owe my Citizenship to the 14th Amendment.

10.     I am not liable for the Title 26 USC, Internal Revenue Code (IRC), Subtitle A, §1 graduated income taxes _for reasons on my alienage_ to the State of the forum of United States Tax Laws.

11.     I was not born in a territory over which the United States is sovereign.

12.    *I am not a citizen subject to its jurisdiction, as such term is defined in 26 CFR I.1-1 (c).*

>    *(c)  "Who is a citizen:  Every person born or naturalized in the United States and subject  to it's jurisdiction is a citizen."*
>
>    *3A Am Jur 1420. Aliens and Citizens " A Person is born subject to the  jurisdiction of  the  United States, for purposes of acquiring citizenship at birth, if this birth occurs in a territory  over which the United States is sovereign,.."*

13.    *I am "nonresident to" and "not a dweller within" the jurisdiction of the "State of the Forum" of ART I §8 Cl. 2 of the Constitution for the United States of America,  in which Congress "exercises exclusive Legislation in all cases whatsoever, over such District not exceeding ten Miles square," beyond the seat of  Government or places legally ceded by the states for the erection of Forts, Arsenals, and other needed buildings, or any other territories or properties "belonging to" the United  States. I am, therefore, not liable for the Title 26 USC, Subtitle A, §1 graduated Income tax for reasons of my nonresidence to such State of the Forum.*

>    *"It is a established principle of law that all federal legislation applies only within  the  territorial jurisdiction of the United States unless a contrary intent appears."*                                        *Foley Brothers v. Filardo, 336, U.S.*

14.    *I am not a "resident of", "inhabitant of", "franchisee of", "subject of", "ward of", "property of", "chattel of" or "subject to the jurisdiction of" the State of the Forum of any United States, the corporate State, corporate County, or corporate City, Municipal, body politics created under the primary authority of Art. I. §8. C1. 17 and Art IV. §3,Cl.2 of the Constitution for the united States of America and I am not subject to any legislation created by such authorities and I am not subject to the jurisdiction of any employees, officers or agents deriving their authority thereof. Further, I am not subject of Administrative and Article I Courts or bound by precedents of such courts.*

>    *"Legislation enacted by Congress applicable to the inferior federal courts in the exercise of the power under   Article III of the Constitution cannot be affected by legislation enacted by Congress under Art.I, §8, Cl. 17 of the constitution. "*                                        *D.C. Code, Title 11 at p. 13.*

15.    *As a Sovereign Citizen of one of the 50 states, under the Constitution and*

Law, only Article III Justice Court of Law decisions are applicable to me.

16.    TAKE NOTICE that I hereby cancel any presumed election made by the United States Government or any agency or department thereof that I am, or ever have been, a citizen or resident of any territory, possession, instrumentality or enclave, under the sovereignty or exclusive jurisdiction of the United States as defined and limited in the Constitution for the united States of America in Article I, §8, Cl. 17 and Article IV, §3, Cl. 2. I further cancel any presumption that I ever voluntarily elected to be treated as such a citizen or resident.

17.    TAKE NOTICE that I revoke and cancel all of my signatures on any other forms which may be construed to give the Internal Revenue Service or any other agency or department of the United States Government, created under the authorities of Art. 1, §8, Cl. 17 and Art IV, §3, Cl. 2 of the Constitution for the united States, authority or jurisdiction over me. I revoke, rescind and make void ab initio, all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, with or without my consent as such power of attorney pertains to me, by but not limited to, any and all governmental/quasi/colorable, public, Governmental entities or corporations, on the grounds of constructive fraud and non-disclosure.

18.    I am not an officer, employee, or elected official of the United States, the District of Columbia or any agency or instrumentality of the United States or District of Columbia.

19.    I am not an officer of a Corporation under a duty to withhold.

20.    I am not an "employee" as such "term" is defined in Law and in the Internal Revenue Code. Federal Register, Tuesday, Sept 7, 1943, §404.104, pg. 12267: Employee: "The term 'employee' specifically includes officers and employees, whether elected or appointed, of the United States, a State, territory, or political subdivision thereof, or the District of Columbia or any agency or instrumentality of any one or more of the foregoing."

§3401(c) EMPLOYEE -- "For purposes of this chapter, the term employee includes an officer, employee or elected official of the United States, a State or any political subdivision thereof, of the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term also includes an officer of a corporation."

21.    Because I am not an "employee", I do not earn "wages" as such terms are defined in the Internal Revenue Code. The term wages is defined in §3401(a) as: (a) Wages - "...the term 'wages' means all remuneration...for services performed by an employee for his employer..."

22.    Further, pursuant to the *Public Salary Act of 1939, Title I, §1, I do not earn "gross income"* as such term is defined therein.

Public Salary Act of 1939, TITLE I -- SECTION 1. §22(a) of the Internal Revenue Code    relating to the definition of "gross income" (is amended after the words compensation for personal service") includes [only] personal service as an officer or employee of a  State, or any political subdivision thereof, or any agency or instrumentality of any one or more of the foregoing."

23.    I am not involved in any type of "revenue taxable activities" including, but not limited to, the manufacture, sale or distribution of alcohol, tobacco, or firearms or any other regulated industry, trade or profession. I am not involved in any wagering activities.

24.    I do not reside in or obtain income from any source within the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Guam, or any other Territory, Possession, enclave or instrumentality of the United States or of the District of Columbia.

25.    I am not a United States Person, United States Resident, U.S. Individual. U.S. Corporation or "citizen subject to its jurisdiction", as such "words of art" are defined in the Internal Revenue Code and other applicable U.S. Codes.

26.    The 16th amendment did not repeal the Constitutional apportionment restrictions imposed on direct taxes (Art I, §2, Cl. 3, Art. I, §9, Cl. 4). Taxes on Personal property are direct taxes not taxable by the federal government unless apportioned according to the census of the states.

27.    *Compensation for Labor* and *exercise of the Right to Labor* are personal property and, as such, are *items of income under the Constitution* (Art. I, §2, Cl.3, Art I, §9, Cl. 4), *and not taxable by the Federal Government* as a graduated income tax. Compensation earned and exercising the Right to *Labor is excluded from "Gross Income"*  and *is exempt from taxation under Title 26,* under the authority of Title 26. CFR (39) §9.22(b)-1, as follows:

26 CF R (1939) §9.22(b)-1 *Exclusions from gross income* -- The following shall  not be  included as gross income and shall be *exempt from taxation* under this title:
(b)-I    Exemptions; exclusions from gross income. Certain items of income...are    exempt   from tax and may be excluded from gross income...*those items of income*    which  are  under  the  Constitution,  not taxable by the Federal Government."

28.    The 16th Amendment is limited to *only indirect taxes*.

29.    *The income tax is an excise tax. My compensation for labor is my personal property and is not taxable by the federal Government except by rule of apportionment.*

30.    *An <u>excise tax</u> CANNOT be imposed upon the [natural] person measured by his/her income, because such a tax would be a direct capitation tax, subject to the rule of apportionment and not an excise tax.*

31.    *The requirement to pay an excise tax involves the <u>exercise of a privilege</u>. I am exercising no taxable privileges.*

32.    *I provide for my existence by working in a nontaxable occupation of common right.*

*"The <u>individual,</u> unlike the corporation, <u>cannot be taxed for the mere privilege of existing</u>.   The corporation is an artificial entity which owes its existence and charter powers to the state; <u>but the individual's Right to live and own property are natural Rights for the enjoyment of which an excise cannot be imposed</u>... We believe that the conclusion is well justified that a tax laid <u>directly</u> upon the <u>income</u> of property, real or personal, may well be regarded as a tax upon the property which produces the income." <u>Redfield v. Fisher</u>, Oreg. Sup Ct. 292 at 813, 817, 819. (1930)*

33.    *My compensation constitutes the "fruits of my labor". This is my substance and my <u>personal</u> <u>property</u> and the Government may not deprive of any portion of my property by appropriating it against my will.*

34.    *The Victory Tax Act of 1942 [56 Stat, Ch 619 Pg. 884 10/21/42] which implemented "withholding" and 1040 Return requirements, stated:*

*§476 "The taxes imposed by this subchapter <u>shall not apply</u> with respect to any taxable year <u>after the date of cession of hostilities in the present War</u> [World War II]."*

*On May 29, 1944 (58 Statutes at Large, Cap 210 §6 (a) <u>REPEAL OF VICTORY TAX</u> pg 235) the Victory Tax and its provisions for Withholding was <u>repealed</u>.*

*IN SUMMARY:*

a)    *I am not an "employee" earning "wages" and have no "gross income" as such "terms" are defined in the Internal Revenue Code, the Public Salary Act of 1939 and in Law.*

14.

b)   I am exercising NO taxable <u>privileges</u> and I earn no income upon which a direct "<u>excise</u>" tax may be imposed. The <u>Brushaber court</u> and other supreme Courts have ruled the "taxation on income is in its nature an excise" <u>Flint v. Stone Tracy Co</u>. 220 U.S. 10, ruled <u>the requirement</u> to pay Excise taxes involves <u>the exercise of privilege</u>." Further the supreme Court case of <u>Peck v. Lowe</u>, 247 U.S. 165, ruled that a tax sustained upon a [natural person would be a "capitation" tax (subject to apportionment) and not an excise tax.

c)   I am not the "citizen subject to its jurisdiction" as defined in 26 CFR §1.1-1(c) upon whom the Subtitle A, §1 Graduated Income Tax is imposed.

d)   I did not incur a tax liability last year, pursuant to 26 USC 871(a) or §871(b), and I do not anticipate that I will incur a tax liability from said sections in the future. However, if I do receive income subject to taxation under those sections in the future, I will file the appropriate Form.

e)   I am not required to pay the income tax. I am not "liable for" or "made liable for" the income tax. I am not "subject to" the income tax and I am not required by regulation to file a 1040 tax return.

Please respond to this Affidavit within 30 Days to:

If you do not feel this is a reasonable period of time, please request an extension in writing. Failure to respond will mean that you have acquiesced to this Affidavit and Supporting documentation in its entirety and from this date forward the doctrine of "estoppel by acquiescence" will prevail.
Any statements or claims in this AFFIDAVIT, properly rebutted by facts of law, or overriding Article III supreme Court rulings, such shall not prejudice the lawful validity of other claims not properly rebutted or invalidated by facts of law.

I declare under penalty of perjury under the laws of the united States of America that the foregoing, to the best of my knowledge, is true and correct.

02-11-2000

SALVATORE F. LONANO
COMMISSION # CC 532218
EXPIRES MAR 24, 2000
BONDED THRU
ATLANTIC BONDING CO., INC.

MARK A. NEUROHR-Affiant

Subscribed and sworn to before me this 11th day of February 2000.

**Notary Public**
BROWARD COUNTY, STATE OF FLORIDA

SALVATORE F. LONANO
COMMISSION # CC 532218
EXPIRES MAR 24, 2000
BONDED THRU
ATLANTIC BONDING CO., INC.

15.

AFFIDAVIT OF POINTS AND AUTHORITIES
SUPPORTING CLAIM THAT ABSOLUTE SOVEREIGNTY IN
THESE UNITED STATES OF AMERICA RESIDES IN THE PEOPLE/ CITIZENS

<u>Constitution for the United States of America</u>: ARTICLE IV, §4. "The United States shall <u>guarantee</u> to every State in this Union a Republican form of government...".

<u>Republic</u>: "...A state or nation in which the <u>supreme power rests in the body of citizens</u>" - Webster'sDictionary

<u>Sovereign</u>: (Webster's Dictionary) "Having supreme rank, power and authority...Supreme and independent power...indisputable...being above all others...having dominion, power, authority...rightful status of independence and prerogative...greatest in degree."

On Sept. 3, 1783, after the Revolutionary War, a delegation lead by Ben Franklin met in Paris and signed the treaty, "Peace of Paris." In that Treaty, and its two addendums signed by the Kings of England, France and Spain, the King of England ceded his Sovereignty in America, to the People of the American Colonies and to their posterity.

"People of a State are entitled to all rights which formerly belonged to the King by his prerogative."                <u>Lansing v Smith</u> (1829) 4 Wend. 9, 20

"There <u>is no such thing as a power of inherent Sovereignty in the government of the United States</u>. In this country <u>sovereignty resides in the People</u> and Congress can exercise no power which they [the sovereign People] have not, by their Constitution entrusted to it: All else is withheld." <u>Julliard v. Greenman</u>. 110 U.S. 421

"In the United States <u>the people are sovereign</u> and the government cannot sever its relationship to the people by taking away their citizenship." - <u>Afroyim V. Rusk</u>. 387 US 253 (1967)

"Here [in America] sovereignty rests <u>with the People</u>." <u>Chisholm. Ex'r v. Georgia</u>, 1 L. Ed (2 Dall) 415, 472. The words "<u>People</u> of the United States" and "<u>citizens</u>" are synonymous terms and <u>mean the same thing</u>. They both describe the political body who, according to our republican institutions, form the sovereignty ... They are what we familiarly call the 'sovereign people,' and every citizen is one of this people, and a Constituent member of the sovereignty..."
    <u>Wong Kim Ark</u>. p.914, quoting <u>Dred Scott v. Sanford</u>. 60 US. 393. 19 Hos. 577.

"In Europe, the executive is synonymous with the sovereign power of a state...where it is too commonly acquired by force or fraud, or both ... In America, however the case is widely different. Our government is founded upon compact. <u>Sovereignty was, and is, in the people</u>" - <u>Glass v. The Sloop Betsy</u>, 3 Dall 6

*SUPREMACY: "Sovereign dominion, authority, and preeminence: the highest state. In the United States the <u>supremacy resides in the People</u>..." Bouvier's Law Dictionary*

*"Under our form of government, the legislature is NOT supreme. It is only one of the organs of that ABSOLUTE SOVEREIGNTY which resides in the whole body of the PEOPLE; like other bodies of the government, it can only exercise such powers as have been delegated to it, and <u>when it steps beyond that boundary, its acts ... are utterly VOID</u>."    <u>Billings v. Hall</u> 7CA. 1*

*"The People, or the sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, <u>unless expressly named</u>. Acts of limitation do not bind the King nor the People. The People have been ceded all the Rights of the King, the former Sovereign...It is a <u>maxim of the common law</u> that when an act of parliament is made for the public good, the advancement of religion and Justice, and to prevent injury and wrong, the king shall be bound by such an act, though not named; but when a statute is <u>general</u>, and any prerogative right, title or interest would be divested or <u>taken from</u> the king (or the People) in such case <u>he shall not be bound</u>."    <u>The People vs. Herkimer</u> 15 Am Dec 379, 4 Cowen (N.Y. 345, 348 (1825)*

*"...<u>The People are the fountain of Sovereignty</u>. The whole was originally with them as their own. The <u>state governments are but trustees</u> acting under a derived authority, and had no power to delegate what was not delegated to them. BUT THE PEOPLE, AS THE ORIGINAL FOUNTAIN, MIGHT TAKE AWAY WHAT <u>THEY HAD LENT AND ENTRUST TO WHOM THEY PLEASE</u>. THEY HAVE THE WHOLE TITLE AND AS ABSOLUTE PROPRIETORS HAVE THE RIGHT OF USING OR ABUSING. - jus utendi et abutendi.. IT IS A MAXIM CONSECRATED IN PUBLIC LAW AS WELL AS COMMON SENSE AND THE NECESSITY OF THE CASE THAT <u>A SOVEREIGN IS ONLY ANSWERABLE FOR ACTS ONLY TO HIS GOD AND HIS OWN CONSCIENCE...THERE IS NO AUTHORITY ABOVE A SOVEREIGN TO WHICH AN APPEAL CAN BE MADE</u>" <u>Bouvier's 14th Edition Law Dictionary</u> (from 4 Wheat. 402)*

*"It is the doctrine of the common law that the Sovereign cannot be sued in his own court without his consent," <u>The Siren v. U.S.</u> 74 U.S. 152*

*"Sovereignty is itself of course, not subject to law for it is the author and source of law..." <u>Yick Wo v Hopkins and Woo Lee v Hopkins</u> 118 U.S. 356.*

*"THE SOVEREIGNTY OF THE STATE RESIDES IN THE PEOPLE THEREOF."*
*California, Title 1, Article 1, §100*

According to the supreme Court, <u>United States v. Lee</u>, 106 U.S. 196, at 208 "Under our system [inAmerica] the people, who are there [in England] called <u>subjects</u> are here the <u>sovereign</u>... Their rights,whether collective or individual, are not bound to give way to a sentiment of loyalty, to the person of a monarch. The citizen here [in America] knows no person, however near to those in power, or however powerful himself to whom he need yield the rights which the law secures to him when it is well administered. ".

AFFIDAVIT OF POINTS AND AUTHORITIES SUPPORTING CLAIM
THAT I DO NOT OWE MY CITIZENSHIP STATUS TO THE FOURTEENTH
AMENDMENT

<u>Ellen R. Van Valkenbure</u> v. <u>Albert</u> Brown.- "No white person born with the limits of the United States and subject to their jurisdiction... <u>owes his status of citizenship to the recent [14th] amendment to the Federal Constitution.</u> The purpose of the 14th Amendment.. was to confer the status of citizenship upon a numerous class of persons domiciled within the limits of the United States who could not be brought within the operation of the naturalization laws..."

"The <u>persons</u> declared to be citizens are "All <u>persons</u> born or naturalized in the United States and subject to the jurisdiction thereof." The evident meaning of these last words is, not merely subject in some respect or degreeto the jurisdiction of the United States, but <u>completely subject...</u>"

"...The 14th Amendment is throughout affirmative and declaratory, intended to ally doubts and to settle controversies which had arisen and not to impose any new resections upon citizenship."                                                    - <u>United States v. Wong Kim Ark</u>  169 US 649.68Z 688

AFFIDAVIT OF POINTS AND AUTHORITIES SUPPORTING CLAIM THE EXCLUSIVE
JURISDICTION OF THE UNITED STATES IS LIMITED TO TERRITORIES
BELONGING TO UNITED STATES.

<u>Hooven v. Evatt</u>, 394 U.S. 671 states: "The term <u>'United States' may</u> be used in any one of several senses:

(1)    It may be merely the name of a sovereign occupying the position analogous to that of other <u>sovereign</u> in the family of nations [i.e. United States, Japan, England, France, Africa etc.)

(2)    It may designate the territory <u>over which the sovereignty of the United States extends,</u> [i.e. Washington D.C., Guam, Puerto Rico, U.S. Virgin Islands,

federal enclaves, etc.]          OR
(3)      It may be the collective names of the states which are united by and under the Constitution.  [i.e. the 50 Republic states of the Union]

When legislating for the 2nd Hooven definition of United States, Congress is not subject to the same Constitutional restrictions as when legislating for 3rd definition of the 50 Republic states.

"In exercising its constitutional power to make all needful regulations respecting territory belonging to the United States, Congress [under Art. 1, §8, Cl. 17, Art. IV §3, Cl. 2. of the Constitution] is not subject to the same constitutional limitations as when it is legislating for the United States [the 50 States under the Constitution]."   Hooven Y. Evatt 324 U.S. 674.

"Constitutional restrictions and limitations were NOT applicable  to the areas of lands, enclaves, territories and possessions over which Congress had exclusive legislative authority."   Downes v. Bodwell. 182 U.S. 244

The jurisdictional limitations of the 2nd Hooven term for United States is restricted by the Constitution as follows:

Constitution. Article I. 8. Clause 17. "The Congress shall have the power...To exercise exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession of particular states and the acceptance of Congress become the seat of the Government of  the United States, (District of Columbia) and to exercise like authority over all places purchased by the consent of the legislature of the state  in which the same shall be, for the Erection of Forts, Magazines, Arsenals, other needful Buildings; ... To make laws which shall be necessary and proper for carrying  into Execution the foregoing Powers... Constitution, Article IV §3 cl.2 "The Congress shall have Power to dispose of and make all needful Rules and Regulation respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

Volume 20: Corpus Juris Sec. §I 785:

"THE UNITED STATES GOVERNMENT IS A FOREIGN CORPORATION WITH RESPECT TO A STATE "        NY re: Merriam 36 N.E. 505 1441 S.Ct. 1973,41 L.Ed.287

"There is in our Political System [two governments], a government of the Several [50] States AND a Government of the United States.  Each is distinct from the other and has citizens of its own."   U.S. v. Cruikshank, 92 U.S. 542, 23 I. Ed 588

*26 CFR 1.1-1(c) documents that the Subtitle A, §I Graduated Income Tax is only applicable to "citizens subject to its jurisdiction" or citizens subject to the jurisdiction of United States. This is NOT the Citizen of the 50 states, under the Constitution.*

*26 CFR 1.1-1 (c).  "Who is a citizen: Every person born or naturalized in the United States and subject to its jurisdiction is a citizen."*

*"The persons declared to be citizens are "All persons born or naturalized in the United States and subject to the jurisdiction thereof." "The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject..."*
                                                    *Elk v. Wilkins, 112 US 94, 101, 102*

*"Each [state] declared itself sovereign and independent, according to the limits of its territory... The soil and sovereignty within their acknowledged limits were as much theirs at the Declaration of independence as at this very hour." Harcourt v. Gaiiiard, 25 U.S. (12 Wheat, 523, 526,527)*

*3A Am Jur 1420, Aliens and Citizens "A Person is born subject to the jurisdiction of the United States, for purposes of acquiring citizenship at birth, if this birth occurs in a territory over which the United States is sovereign..."*

## AFFIDAVIT OF POINTS AND AUTHORITIES SUPPORTING CLAIM THAT COMPENSATION FOR CITIZENS UNDER THE CONSTITUTION IS NOT TAXABLE BY THE FEDERAL GOVERNMENT AND IS EXEMPT FROM GROSS INCOME

*"Thus, in the matter of taxation, the Constituton recognizes the two great classes of direct and indirect taxes, and lays down two rules by which their imposition must be governed, namely: the rule of apportionment as to direct taxes and the rule of uniformity as to duties, imports and excises... The tax imposed.. on the income of real estate and of personal property being a direct tax within the meaning of the Constitution, is therefore unconstitutional and void because not apportioned according to representation all those sections, consisting of one entire scheme of [Direct] taxation are necessarily invalid"    Pollock v. Farmers Loan & Trust Co. 158, U.S. 601, at 637 (1895)*

*26 CFR (1939) §9.22(b)-I  "Exclusions from gross income - The following items shall not be included in gross income and shall be exempt from taxation under this title...(b)- I Exemptions; exclusions from gross income. Certain items of income... are exempt from tax and may be excluded from gross income... those items of income which are, under the Constitution, not taxable by the Federal Government".*

CONSTITUTION:  Article 1; Section 2, Clause 3: "Representations and *direct taxes* shall be *apportioned* among the several states which may be included within this union, *according to their respective numbers*..."

Article 1. Section 9, Clause 4: "No Capitation**, or *other direct tax*, shall be laid, unless in *proportion to the census or enumeration* herein before directed to be taken."

*Apportionment* means to equally divide among the population (census). **Capitation tax: "a tax imposed upon a person at a fixed rate, regardless of taxpayer's ability to pay, occupation, assets or income."  (Law Dictionary)

AFFIDAVIT OF POINTS AND AUTHORITIES SUPPORTING CLAIM THAT THE 16TH AMENDMENT DID NOT GIVE THE IRS OR THE TREASURY THE POWER TO IMPLEMENT AN UNAPPORTIONED DIRECT TAX ON COMPENSATION

"...*The 16th Amendment contains nothing repudiating or challenging the ruling of the Pollock Case* [which *found direct taxes on property based income to be unconstitutional*... "*The 16th Amendment,* as correctly interpreted, *was limited to indirect taxes* and *for that reason* is constitutional."  *Brushaber     v.     Union Pacific RR Co.* 240 U.S. 1, at 10, 11, 12, 19

"The Sixteenth Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the Amendment was adopted."         *Eisner v. Macomber,* 252 U.S. 189, at 205

"The Sixteenth Amendment does not extend the Power of taxation to new or excepted subjects"         *Peck v. Lowe.* 247 U.S. 165

The 16th Amendment conferred no new power of taxation..."     *Stanton v. Baltic Mining* 240 U.S. 103, at 112

CONCLUSION: The 16th Amendment is constitutional because it is limited to *only indirect taxes.* Compensation is *property* upon which an indirect tax *cannot* be imposed.  The 16th Amendment, therefore, provides *no authority* for taxing the compensation for labor of Citizens under the Constitution.

21.

*AFFIDAVIT OF FACTS, POINTS AND AUTHORITIES SUPPORTING CLAIM THAT RIGHT TO LABOR IS FREE FROM TAX UNDER THE FUNDAMENTAL LAW AND MAY BE EXCLUDED FROM GROSS INCOME*

*"A STATE [OR THE FEDERAL GOVERNMENT] MAY NOT IMPOSE A CHARGE FOR THE ENJOYMENT OF A RIGHT GRANTED BY THE FEDERAL CONSTITUTION." -*

*"Among these inalienable rights , as proclaimed in the Declaration of independence, is the right of men to pursue their happiness, by which is meant, the right to pursue any lawful business or vocation in any manner not inconsistent with the equal rights of others, which may increase their prosperity or develop their faculties, so as to give them their highest enjoyment... It has been well said that THE PROPERTY WHICH EVERY MAN HAS IS HIS OWN LABOR, as it is the original foundation of all other property so it is the most sacred and inviolable..." Butchers' Union Co. v. Crescent City., 111 U.S., 746, at 756*

*"Included in the right of personal liberty and the right of private property... is the right to make contracts for the acquisition of property. Chief among such contracts is that of employment by which labor and other services are exchanged for money and other forms of property.". Coppage v. Kansas 236 U.S., 1,at 14.*

*Treasury Decision, Internal Revenue Vol., 26 No. 3640, R. 769 (1924):*

*Gross income excludes the items of income specifically exempted by statute or fundamental law [Constitutional Law] free from tax."*

*Title 26 (1939) Part 11, Subtitle B 63.21-1: "Meaning of net income, the tax imposed by Title 26 of the Act is upon income. Neither income exempted by statute or fundamental law, nor expenses incurred in connection therewith, other than interest, enter into the computation of net income..."*

*Title 26 USCA, -4128 IRC: Recovery of unconstitutional federal taxes: "Income (excluding interest) attributable to ... a tax imposed by the United States which has been held unconstitutional ... may be excluded from gross income."*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as a common-law right. Every man has a natural right to the fruits of his own industry." 48 Am Jur 2d §2*

"*Citizens under our Constitution and laws mean free inhabitants ... Every citizen and freeman is endowed with certain rights and privileges to enjoy which no written law or statute is required.  These are <u>fundamental or natural rights</u>, recognized among all free people ... That the right to...<u>accept employment as a laborer for hire as a fundamental right is inherent in every free citizen</u>, and is indisputable...*"                           <u>United States v. Morris</u>, *125 F. Rept. 325, 331.*

"*...The term [liberty] ... denotes not merely freedom from bodily restraint but also the <u>right of the individual to contract, to engage in any of the common occupations of life</u>... The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action...*"

<u>Meyer v. Nebraska</u>,  *262 U.S 390, 399, 400.*

*AFFIDAVIT OF POINTS AND AUTHORITIES SUPPORTING CLAIM THE INCOME TAX IS AN INDIRECT EXCISE TAX REQUIRING THE EXERCISE OF A PRIVILEGE*

"*The conclusion reached in the Pollock case ... recognized the fact that taxation on income was, in its nature, <u>an excise</u> entitled to be enforced as such.*"
<u>Brushaber v Union Pacific Railroad Co.</u>  *240 U.S. lo 16-17.*

*The Supreme Court in <u>Flint v. Stone Tracy</u> Co. 220 U.S. 107, at pg 154, 165 ruled that '<u>Excises</u> are taxes laid upon the manufacture, sale or consumption of commodities within the country, upon licenses to pursue <u>certain</u> [revenue taxable] occupations and upon <u>corporate privileges</u>: the <u>requirement to pay such taxes</u> involves <u>the exercise of a privilege.</u>, ' Excises are never upon any kind of property, money or otherwise, but only upon taxable <u>activities</u> in which the resulting income is simply and conveniently used as the yardstick by which the tax on the activity is measured. ""...Conceding the power of Congress to tax the business activities of private <u>corporations</u> ... the tax must be measured by some standard... it is no objection that the <u>measure of taxation is found in the income</u>...*"

23.

*"A tax laid upon the happening of an event as distinguished from its tangible fruits, is an indirect tax..."*   <u>Tyler v. U.S</u>. 497 at pg 502 (1930)

*"The terms 'excise tax' and 'privilege tax' are <u>synonymous</u>, the two are often used interchangeably."*   <u>American Airways v, Wallace</u>, 57 F.2d 8779 880.

*"Neither <u>can the tax be sustained on the natural person</u>, measured by income. Such a tax would be by nature, a <u>capitation</u> rather than an excise."*

<u>26 R.C.L. 4139 TAXATION</u>

*"A right common in every citizen such as the right to own property or to engage in business of a character not requiring regulation cannot however, be taxed as a special franchise by first prohibiting its exercise and then permitting its enjoyment upon the payment of a certain sum of money."*

<u>Stevens v State</u> 2 Ark., 291. 35 Am. Dec. 72 <u>Spring Val. Water Works v Barber-</u> 99 Cal. 36, 33 Pac. 735, 21 L.R.A. 416. Note: 57 L. R.A. 416

*AFFIDAVIT OF POINTS AND AUTHORITIES SUPPORTING CLAIM THE INCOME TAX IS VOLUNTARY AND NOT BASED UPON DISTRAINT "OUR TAX SYSTEM IS BASED UPON <u>VOLUNTARY ASSESSMENT AND PAYMENT, NOT</u> UPON DISTRAINT" - Supreme Court:*

<u>Flora v. U.S.</u>, 362 U.S. 145,4L ed 2nd 623, 80 S Ct 630
<u>Helvering v Mitchell</u>, 303 IS 391, 399, 82 L ed 917, 921 58 S Ct
<u>Treasury Regulations</u> on Procedural Rules(1954 Code)§601.103 (a)

*"The tax system is based on voluntary compliance..."* 26 CFR §601.602 (a)

*"Our tax system is based on individual self assessment and <u>voluntary</u> compliance."*   Mortimer Caplin, <u>IRS Commissioner</u>

*Voluntary:*        1) given freely without compulsion, 2) having the power of free choice - Webster's Dictionary

*Distraint:*        1) to force compulsion, 2) to seize and hold goods of another in order to obtain satisfaction of a claim for damages, 3) to levy a distress. - Webster's Dictionary.

*In Summary, in America, we have a voluntary income tax system.*

<u>Assessment</u> of the income tax <u>is voluntary</u>. We voluntarily assess ourselves. We fill out our own forms and determine how much we owe.

*Payment* of the income tax is voluntary. We have the power of free choice and we may chose to pay or not to pay the income tax.

*Compliance is voluntary.* We have the free choice of either complying with the United States income tax Code or not complying.

Compelled and mandatory payment of the graduated income tax would violate our Constitution and the sovereignty of the People. It would also be contrary the maxim of Common Law that rights are not taxable and that the Citizen cannot be compelled in any action against his or her will. An involuntary tax would result in nothing less than *"involuntary servitude"* violating the 13th Amendment. It would also violate the 5th Amendment clause prohibiting the Government from taking our private property (our compensation) for public use without just compensation.

### AFFIDAVIT OF POINTS AND AUTHORITIES
### SUPPORTING CLAIM OF EXEMPTION FROM WITHHOLDING

Pursuant to: 8 Federal Register, Pg 12266 §404.104(g) Cl. 1,3: Except in the case of certain nonresident alien individuals who are residents of Canada and Mexico. remuneration for services performed by nonresident alien individuals does not constitute wages subject to withholding under section 1622 " (of the 1939 Code which is currently IRC Title 26 §3402)..." In order for the nonresident alien to claim *an exemption from withholding on wages* the nonresident alien employee must file with his employer a certificate containing the following., The employee's name and address and a statement that he is not a citizen of the United States, and that he is a resident of the named contiguous country and the approximate period of time during which he has occupied such status. Such certificate shall contain, or be verified by a written declaration that it is made under the penalties of perjury. Although the *form is not prescribed* the certificate must contain all the information required by this paragraph.

### NOTICE
This Affidavit was not written for the purpose of debating the constitutionality or legality of the income tax. It is not a reflection of my personal opinions and frustrations with the United States Tax system. The tax system, when *properly applied* as an *indirect, excise* tax to the *proper subjects* of taxation is both legal and constitutional. I am not a TAX PROTESTER. Any inference to such status by your agency will be considered "defamation of character" and will be litigated as such. None of the Laws or facts presented herein are contradictory to 26 USC, the Internal Revenue Code, 26 CFR, or Article III Court decisions applicable to me. All facts contained herein are based upon ruling case law and unoverruled decisions of the supreme Court of these United States. None of these laws have been found to be "frivolous" by any court, when argued in their exact and proper context. These are technical facts that, under Commercial Law must be rebutted with "case law" or acquiesced to.