UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6213-CIV-ZLOCH

MARK J. NEUROHR,

    Plaintiff,

vs.                                                     O R D E R

DEPARTMENT OF TREASURY, INTERNAL
REVENUE SERVICE, UNITED STATES
OF AMERICA,

    Defendant.
_____/



    THIS MATTER is before the Court, sua sponte and upon the Complaint (DE 1) filed herein by the Plaintiff, Mark J. Neurohr. The Court has carefully reviewed said Complaint (DE 1) and is otherwise fully advised in the premises.

    On February 11, 2000, the Plaintiff, Mark J. Neurohr, filed said Complaint (DE 1), which failed to comply with Rule 8 of the Federal Rules of Civil Procedure. By Order (DE 4) dated February 18, 2000, this Court ordered the Plaintiff to file a short and plain statement of his cause of action in compliance with Rule 8. The Plaintiff was directed to set forth the relevant facts upon which the Plaintiff was relying to initiate this Complaint, as a result of the "reasonable inquiry" required by Rule 11 of the Federal Rules of Civil Procedure. The Plaintiff was ordered to:

    1)    Describe the specific basis of <u>Federal</u> jurisdiction as to each count of the Complaint;

    2)    List each Defendant and state the alleged misconduct and basis of liability of each Defendant;

    3)    List the damages sustained for which each Defendant

5

      is allegedly liable; and

4)    List any other additional relief requested of this Court to which the Plaintiff believes he is entitled.

The Plaintiff was ordered to file such statement on or before March 20, 2000, or, upon the failure to do so, the Court would dismiss the above-styled cause without prejudice and without further notice or hearing. The Court notes that the Plaintiff has failed to comply with this Court's Order (DE 4) and has not filed a short and plain statement of his cause of action in compliance with Rule 8 of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The said Complaint (DE 1) filed in this matter be and the same is hereby **DISMISSED** without prejudice. The above-styled cause be and the same is hereby **DISMISSED** without prejudice.

2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Mark J. Neurohr
1850 N.E. 26th Ave.
Fort Lauderdale, Florida 33305